**2007–1025. State v. Mullins.**
Montgomery App. No. 21277, 2007-Ohio-1051. On motion for leave to file delayed appeal. Motion

denied.

PFEIFER, LUNDBERG STRATTON and CUPP, JJ., dissent.